**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No. 08-10566 |
| Plaintiff - Appellee, | D.C. No. 07-cr-00917-GMS |
| v. |  |
| SAMUEL DEAN JACKSON, | MEMORANDUM[*] |
| Defendant - Appellant. |  |

Appeal from the United States District Court
for the District of Arizona
G. Murray Snow, District Judge, Presiding

Submitted February 16, 2010[**]

Before:     FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

Samuel Dean Jackson appeals from his guilty-plea conviction and 96-month

sentence for armed bank robbery, in violation of 18 U.S.C. § 2113(a), (d), and his

guilty-plea conviction and consecutive 84-month sentence for use of a firearm in a

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

crime of violence, in violation of 18 U.S.C. § 924(c).  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Jackson's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal.

We construe Jackson's pro se letter, received October 16, 2009, as a request for appointment of counsel, and we deny the request.

Counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED**.